369 A.2d 725

**COMMONWEALTH of Pennsylvania**

v.

**Hughie KEARNEY, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 11, 1976.

Decided Feb. 28, 1977.

Robert H. Finkel, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.
Order affirmed.

ROBERTS, J., filed a dissenting opinion.

ROBERTS, Justice, dissenting opinion.
I dissent. PCHA appellate counsel asserts that PCHA trial counsel was ineffective. Because this claim cannot be determined from the record, I would remand for an evidentiary hearing on this issue. E. g., *Commonwealth v. Twiggs,* 460 Pa. 105, 331 A.2d 440 (1975).